

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     James Leleo v. The State of Texas

Appellate case numbers:  01-20-00034-CR, 01-20-00035-CR

Trial court case numbers: 1544687, 1544688

Trial court:             176th District Court of Harris County

Appellant, James Leleo, has filed a motion for extension of time to file a formal bill of exception. Appellant's motion is **granted in part.** Appellant's bill of exception is due **January 24, 2020**. *See London v. State*, 490 S.W.3d 503, 508 (Tex. Crim. App. 2016) ("[T]he party can file a motion to extend the time limit [for filing bill of exception] an additional 15 days.") (citing TEX. R. APP. P. 33.2(e)(3)); *Landers v. State*, 402 S.W.3d 252, 256 (Tex. Crim. App. 2013) (Keller, J., concurring) ("A motion for extension of time can be filed to extend the time limit by another 15 days.") (citing TEX. R. APP. P. 33.2(e)(3)).

It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
                        Acting individually


Date: January 23, 2020